**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2011**

LORA KAY OXENDINE-TAYLOR,

Plaintiff - Appellant,

v.

EASTERN BAND OF CHEROKEE INDIANS, Council,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:20-cv-00214-MR-DSC)

Submitted:  November 19, 2020                    Decided:  November 23, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Lora Kay Oxendine-Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lora Kay Oxendine-Taylor appeals the district court's order dismissing her civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) after concluding that it lacked subject matter jurisdiction over her suit. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Oxendine-Taylor's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment, as modified to reflect a dismissal without prejudice. *See* 28 U.S.C. § 2106; *S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*